IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA          :
                                  :
v.                                :
                                  :
DANILO QUESADA-GUERRERO           :   1:07CR43-1
AMADO SOSA-DOMINGUEZ              :   1:07CR43-2

FILED JAN 30 2007
IN THIS OFFICE
CLERK U.S. DISTRICT COURT
GREENSBORO, NC
BY

The Grand Jury charges:

COUNT ONE

From in or about 2005, up to and including April 11, 2006, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, DANILO QUESADA-GUERRERO, AMADO SOSA-DOMINGUEZ, and divers other persons, known and unknown to the Grand Jurors, knowingly and intentionally did unlawfully conspire, combine, confederate and agree together and with each other to commit offenses against the laws of the United States, that is:

To knowingly, intentionally and unlawfully distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

COUNT TWO

On or about April 11, 2006, in the County of Guilford, in the Middle District of North Carolina, DANILO QUESADA-GUERRERO and

AMADO SOSA-DOMINGUEZ willfully, knowingly and intentionally did unlawfully possess with intent to distribute 7976.03 grams (net weight) of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II, controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT THREE

On or about April 11, 2006, in the County of Guilford, in the Middle District of North Carolina, DANILO QUESADA-GUERRERO and AMADO SOSA-DOMINGUEZ, in furtherance of a drug trafficking crime for which each could be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine hydrochloride, in violation of Title 21, United States Code, Section 841(a)(1), did knowingly possess firearms, that is, a Smith & Wesson .38 caliber revolver, model 36, serial number 491701; a Titan .25 caliber semiautomatic pistol, serial number D60373; a Norinco 7.62mm x 39mm caliber semiautomatic rifle, model SKS, serial number 24002510A; and a Norinco 7.62mm x 39mm caliber semiautomatic rifle, model SKS, serial number 22001905A; in

violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

A TRUE BILL:

_____
FOREPERSON

_____
RANDALL S. GALYON
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY