IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07CR43-1 |
| | ) | |
| v. | ) | |
| | ) | |
| DANILO QUESADA-GUERRERO | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER ON APPLICATION TO PROCEED
## ON APPEAL WITHOUT PREPAYMENT OF FEES

Having considered the application to proceed on appeal without prepayment of fees under Fed. R. App. P. 24 and 28 U.S.C. § 1915,

**IT IS ORDERED** that the application is:

X    **GRANTED.**

This the 14th day of May, 2008.

　　　　　　　　　　　　　　　　/s/ N. Carlton Tilley, Jr.
　　　　　　　　　　　　　　　　United States District Judge