IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DANILO QUESADA-GUERRERO, | : | 1:07CR43-1 |
| Petitioner, | : | 1:10CV367 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | MOTION FOR EXTENSION |
| Respondent. | : | OF TIME |

NOW COMES the United States of America, by and through Anna Mills Wagoner, United States Attorney for the Middle District of North Carolina, and respectfully requests a sixty (60) day extension of time within which to respond to petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, and in support thereof, states to the Court the following:

    1. Petitioner filed the instant motion on May 10, 2010. The government was ordered to respond within sixty (60) days, from the entry of the order making its response due July 16, 2010.

    2. The undersigned has primary responsibility in the United States Attorneys Office for responding to all § 2255 petitions, which are numerous, varied, and complicated. Due to this case load, the undersigned respectfully requests additional time to respond.

    3. The undersigned has prepared a response in the case of United States v. Eric Pearson Lee, 1:98CR282, filed June 23, 2010. The undersigned has also prepared a response pursuant to

an Order from the Fourth Circuit Court of Appeals in the case of <u>In re: Albert Newton Coombs</u>, No. 09-1620, filed June 28, 2010.

    4. The undersigned was out of the office beginning the afternoon of July 1 through July 5, 2010, and was on medical leave July 7, 2010.

    WHEREFORE, the United States respectfully requests a thirty (30) day extension of time, until September 14, 2010, within which to prepare and file its response.

    This the 16th day of July, 2010.

                              Respectfully submitted,

                              ANNA MILLS WAGONER
                              UNITED STATES ATTORNEY

                              /S/ ANGELA H. MILLER
                              Assistant United States Attorney
                              SCSB #11662
                              United States Attorney's Office
                              Middle District of North Carolina
                              P.O. Box 1858
                              Greensboro, NC  27402
                              Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DANILO QUESADA-GUERRERO,          :
     Petitioner,                  :
                                  :
     v.                           :     1:07CR43-1
                                  :     1:10CV367
UNITED STATES OF AMERICA,         :
     Respondent.                  :
```

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that the document was mailed to the following non-CM/ECF participants:

Danilo Quesada-Guerrero
No. 23615-057
USP Hazelton
United States Penitentiary
PO Box 2000
Bruceton Mills, WV 26525

        Respectfully submitted,

        ANNA MILLS WAGONER
        UNITED STATES ATTORNEY


        /S/ ANGELA H. MILLER
        Assistant United States Attorney
        SCSB #11662
        United States Attorney's Office
        Middle District of North Carolina
        P.O. Box 1858
        Greensboro, NC  27402
        Phone:  336/333-5351

- 3 -

Case 1:07-cr-00043-NCT   Document 56   Filed 07/16/10   Page 3 of 3