# United States District Court
Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

November 26, 2010

John S. Brubaker, Clerk

TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6015

**DANILO QUESADA-GUERRERO**
23615-057
U.S.P.- HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WV 26525

Re: Case No. 1:07CR43-1/1:10CV367 - USA v. Danilo Quesada-Guerrero

Dear Mr. Quesada-Guerrero:

The respondent USA has filed a response pldg #65, which may or may not be supported by an affidavit, to your motion to vacate, set aside or correct sentence.

You have the right to file a 10-page reply brief in opposition to the Government's response. If the respondent has filed an affidavit, your reply brief may also be accompanied by counter-affidavits in opposition to the affidavit submitted by the Government. You are reminded that affidavits must be made on personal knowledge, contain facts admissible in evidence, and be made by one shown to be competent to testify. A false statement under oath or under penalty of perjury may be a crime punishable as provided by law. Ordinarily, uncontested motions are granted. Therefore, your failure to file a reply brief or, if appropriate, to file counter-affidavits in rebuttal within the time allowed may cause the court to conclude that the Government's contentions are undisputed. As a result, the court may dismiss your suit or render judgment against you. Therefore, unless you file a reply brief in opposition to the Government's response, it is likely your case will be dismissed. Any reply brief or counter-affidavits must be filed within fourteen (14) days from the date of this letter.

The original of your reply brief should be mailed to this office and a copy served upon counsel for the Government. Any pleadings presented to the court for filing must be accompanied by a certificate stating that you have served copies on counsel for the Government.

Sincerely,

JOHN S. BRUBAKER, CLERK

By: /s/ Trina Law
Deputy Clerk