IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DANILO QUESADA-GUERRERO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:10CV367 |
| v. | ) | 1:07CR43-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O-R-D-E-R

Upon motion of Petitioner (Docket No. 75) and for good cause shown,

**IT IS HEREBY ORDERED** that Petitioner be allowed an extension of time to and including March 15, 2011, in which to file objections to the Recommendation of the United States Magistrate Judge.



                                                /s/ P. Trevor Sharp
                                             United States Magistrate Judge

Date: February 22, 2011