IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DANILO QUESADA-GUERRERO, ) | |
| ) | |
| Petitioner, ) | |
| ) | 1:10CV367 |
| v. ) | 1:07CR43-1 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**J-U-D-G-M-E-N-T**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Petitioner's motion to vacate, set aside or correct sentence [Docket No. 52] is **DENIED** and that this action is dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 3rd day of November, 2011.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge